AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

DEC 21 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Isaac Peña (#R-21449)

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Terry L. McCann

(Internal Affairs) Mrs. Aguero

(Internal Affairs) Mr. Quarles

James Burzinski

Mrs. Maldonado

Mr. Brown & John Doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 7199
JUDGE MAROVICH
MAGISTRATE JUDGE MASON

Case N_____
(To be _____ by the Clerk of this Court)

CHECK ONE ONLY:

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. Plaintiff(s):

   A. Name: ISAAC PENA

   B. List all aliases: _____

   C. Prisoner identification number: R-21449

   D. Place of present confinement: Pontiac Correctional Center

   E. Address: P.O. Box #99  Pontiac, IL 61764

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: TERRY L. McCANN
      Title: Chief Administrative Officer
      Place of Employment: Stateville Correctional Center

   B. Defendant: MRS. AGUERO
      Title: Internal Affairs / Correctional Officer
      Place of Employment: Stateville Correctional Center

   C. Defendant: MR. QUARLES
      Title: Internal Affairs / Correctional Officer
      Place of Employment: Stateville Correctional Officer   cont. back page

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: JAMES BURZINSKI
   Title: Lt.
   Place of Employment: Stateville Correctional Center

E. Defendant: MRS. MALDONADO
   Title: Correctional Officer
   Place of Employment: Stateville Correctional Center

F. Defendant: MR. BROWN
   Title: Correctional Officer
   Place of Employment: Stateville Correctional Center

G. Defendant: John Doe
   Title: Placement Office officer
   Place of Employment: Stateville Correctional Center

III.   Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

   A.   Is there a grievance procedure available at your institution?

   YES (X)   NO ( )   If there is no grievance procedure, skip to F.

   B.   Have you filed a grievance concerning the facts in this complaint?

   YES (X)   NO ( )

   C.   If your answer is YES:

      1.   What steps did you take?
      I sent my grievance to the Chief Administrative Officer, he told me it wasn't an emergency. Then I sent it to my house counselor. Finally I sent it to the Grievance Officer.

      2.   What was the result?
      They told me what the weapon was and they denied my request of relief.

      3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
      I appealed my grievance to the Administrative Review Board.

   D.   If your answer is NO, explain why not:

3

E. Is the grievance procedure now completed? YES ( ) NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is YES:

1. What steps did you take?

   I talked to correctional officers, wrote warden, wrote the house Lt.

2. What was the result?

   None, I ended up getting stabbed.

H. If your answer is NO, explain why not:

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _NONE_

   B. Approximate date of filing lawsuit: _NOT ONE_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _ONLY ME_

   D. List all defendants: _Terry L. McCann, Mrs. Aguero, Mr. Quarles, James Burzinski, Mrs. Maldonado, Mr. Brown and John Doe_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NOT ONE_

   F. Name of judge to whom case was assigned: _NONE_

   G. Basic claim made: _NONE_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NO_

   H. Approximate date of disposition: _NONE_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9-17-07, Placement office placed me in cell F-233 with Inmate Matthew Foley #B68183. Inmate Foley is a level E (Extreme Escape Risk). Inmate Foley is also known to cause bodily harm to other individuals such as; Inmates, Correctional Officers, staff members of I.D.O.C. They (Placement officer) should know out of any body else, to placed me or anybody else with a High Aggression Level Inmate. (Foley and I were house in F house cell 233).

On 9-18-07, I wrote a letter/memo to Warden McCann, telling him that I needed to be removed from cell F-233, because I wasn't sure of my safety. I never heard anything from him. (Warden McCann) not even after the assault that occured on 9-19-07.

On 9-19-07, After second gallery, segregation yard was ran. I was in the shower waiting to go to Internal Affairs, when I told Correctional Officer Mr. Brown and Correctional Officer Mrs. Maldonada, to move me from that cell, because Inmate Foley & I were not getting along. Correctional Officer Mr. Brown told me to write a (kite)note to Lt. Burzinski and he (Mr. Brown) would make sure he'll (Lt. Burzinski) received it. After I came back from Internal Affairs I gave the note to Correctional Officer Mr. Brown to give to Lt. Burzinski.

On 9-19-07 I wrote the note to Lt. Burzinski telling him that Inmate Foley often talked about stabbing officers and inmates. I also told him to remove me from that cell, but Lt. Burzinski refused!!

I was taken to Internal Affairs on 9-19-07 to be questioned about another incident that had occured. That's where I told Internal Affairs/Correctional officer Mrs. Aguero and Internal Affairs/Correctional officer Mr. Quarles that I was worried about my safety and that I needed to be moved from that cell. In their statement of facts I told them I was afraid that Inmate Foley might try to do something to me. Internal Affairs/Correctional officer Mrs. Aguero and Internal Affairs/Correctional officer Mr. Quarles blamed it all on placement office and told me they couldn't do anything about it.

On September 20, 2007, I was woken up by Inmate Foley talking to our next door neighbor in cell F232. His name is Joseph Herman. (the one that issued the shank to inmate Foley). It was around 6:40 a.m. when I jumped down from my bunk and told Inmate Foley I was going to use the toilet. I hung a curtain up. After taking care of my necessities, I washed my hands, brushed my teeth and took the curtain down. That's when Inmate Foley attacked me with a shank (made out of glass). He swung his arm more than enough and cut me twice in the arm and once on my chest. I wrestled with my attacker for some minutes, til I was able to trip him and end on top of him. By that time Correctional officer Mrs. Maldonado was doing the 7 o'clock a.m. count, she heard the struggles and racist remarks coming from Inmate Foley.

Correctional officer Mrs. Maldonado ran to cell F-233 and called a 10/10. I was taken to Health Care Unit to get treatment for my wounds (cuts). That's the place where Internal Affairs took several pictures of my ruptures and took my statement.

I tried to stop the current affairs before they happened, but no one heard me until I found myself stabbed. September 20, 2007. I, Isaac Peña (R-21449) warned the following individuals; Warden McCann of Stateville Correctional Center, Internal Affairs/Correctional officer Mrs. Aguero, Internal Affairs/Correctional officer Mr. Quarles, Lt. Burzinski, Correctional officer Mrs. Maldonado, Correctional officer Mr. Brown... All of them from Stateville Correctional Center (I.D.O.C.) I had told all the above names and ranks (positions) that I didn't feel safe being around Inmate Foley and that I needed to be moved from that cell. But all of the above names ignored me and kept me in that unsafe environment with an individual (Inmate Foley) who have a history of causing great bodily harm to people.

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Since my life was in danger due to the lack of lazyness and ignorance and even though I told them ahead of time, they did nothing. This is what I want for my relief requested: Warden McCann, $150,000.00 and rank dropped because he obviously can't hold a job of a warden. I could've been dead right now. Internal Affairs c/o Mrs. Aguero, $40,000.00 for not taking heed to what I had said and for putting me back in a danger zone. Internal Affairs c/o Mr. Quarles, $40,000.00 for putting me back in a danger zone (cell) and not listening to me.

cont. back page

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this 13RD day of December, 2007.

_____
(Signature of plaintiff or plaintiffs)

R-21449
(I.D. Number)

Isaac Pena (R-21449)
P.O. Box #99
Pontiac, Il. 61764
(Address)

8

Cont. Relief:

Lt. Burzinski, $70,000°°, For leaving me in that cell when I told him my life was in danger. Drop his Lt. rank.

Correctional Officer Brown $15,000°° for not working fast enough when he could've gave the note to Lt. Burzinski or Internal Affairs and I could've been moved instantly.

Correctional Officer Mrs. Maldonado, $15,000°° for not following procedure to warn a St. or a Lt after some one told them their cell wasn't a safe enviroment.

Placement Officer, $50,000°°, For not acknowledging my life was going to be in Jeopardy after placing me in that cell.