**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
DEC 2 1 2007   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** ISAAC PENA | **Defendant(s):** TERRY L. MCCANN, et al. |
| **County of Residence:** LIVINGSTON | **County of Residence:** |
| **Plaintiff's Address:**<br>Isaac Pena<br>R-21449<br>Pontiac - PON<br>P.O. Box 99<br>Pontiac, IL 61764 | **Defendant's Attorney:**<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV 7199
JUDGE MAROVICH
MAGISTRATE JUDGE MASON

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*   **Date:** 12/21/2007