# UNITED STATES DISTRICT COURT

_Northern_ District of _Illinois, Eastern Division_

ISAAC PEÑA (R-21449)
(PLAINTIFF)

Plaintiff

V.

TERRY L. McCANN
JAMES BURZINSKI
MRS. AGUERO
MR. QUARLES
MRS. MALDONADO
MR. BROWN
JOHN DOE
(DEFENDANTS)

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

07CV 7199
JUDGE MAROVICH
MAGISTRATE JUDGE MASON

FILED
DEC 21 2007
EL W. DOBBINS
. DISTRICT COURT

I, _ISAAC PEÑA (#R-21449)_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _Pontiac Correctional Center_
   Are you employed at the institution? _No_   Do you receive any payment from the _No_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _I been incarcerated_

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

3e) My parents, $25.00 every month.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Maria Peña (mother) I can't contribute I'm in jail Myself

I declare under penalty of perjury that the above information is true and correct.

12·3·07   _____
Date              Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ 25.02 on account to his/her credit a name of institution) Pontiac Corr. Center. I further certify that the applicant has the following securities to his/her credit: _____

urther certify that during the past six months the applicant's average balance was $ _____

12/3/07   _____
Date              Signature of Authorized Officer

IN THE COURT OF CLAIMS
OF THE STATE OF ILLINOIS

ISAAC PENA (R-21449)  )
_____     )
     Claimant         )
        vs            )     No. _____
State of Illinois and the  )   $ 380,000.00
Illinois Department of Corrections  )   Amount Claimed
     Respondents     )

Application to Sue or Defend as a Poor Person

I, ISAAC PENA (R-21449), am the claimant in the above entitled action and being duly sworn state:

1. I am presently incarcerated at the **Pontiac** Correctional Center and as such have no means of income.

2. I have no other sources of income.

3. My income from the preceding year was $ *page attached*

4. I own no real estate except **N/A**
   (list address, nature of improvements and value)

5. No applications were filed by or in behalf of claimant to sue or defend as a poor person during the preceding year except: *No, there was no application filed except this one.*

6. I am unable to pay the costs of this court action.

7. I believe the applicant has a meritorious claim.

s/s _Isaac Pena_ R-21449
     Claimant

Subscribed and sworn to before me this _____ day of _____, _____.

_____
Notary Public

Form revised 05-29-04

Prop

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: Start thru End;  Inmate: R21449;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R21449 Pena, Issac**     **Housing Unit: STA-F -01-18**     **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/19/04 | Mail Room | 01 MO/Checks (Not Held) | 1402129 | 06706870367 | Pena, Maria | 15.00 | 15.00 |
| 05/20/04 | Disbursements | 99 Transfer Inmate | 141390 | Chk #118840 | Big Muddy River CC | -15.00 | .00 |
| 07/12/06 | Mail Room | 03 Cash | 193237 | | | 20.00 | 20.00 |
| 07/24/06 | Disbursements | 93 R & C - UPS | 205390 | Chk #129811 | W7 246, Central Inmate Benefit, Inv. Date: 07/17/2006 | -4.84 | 15.16 |
| 07/27/06 | Disbursements | 99 Transfer Inmate | 208390 | Chk #129870 | Pickneyville C.C., Inv. Date: 07/27/2006 | -14.14 | 1.02 |
| 07/31/06 | Disbursements | 80 Postage | 212390 | Chk #129950 | G510, DOC: 523 Fund Inmate Rei, Inv. Date: 07/24/2006 | -.63 | .39 |
| 07/31/06 | Disbursements | 80 Postage | 212390 | Chk #129950 | G228, DOC: 523 Fund Inmate Rei, Inv. Date: 07/24/2006 | -.39 | .00 |
| 01/22/07 | Mail Room | 04 Intake and Transfers In | 022237 | 48953 | Pinckneyville C.C. | 6.24 | 6.24 |
| 01/22/07 | Point of Sale | 60 Commissary | 0227135 | 481521 | Commissary | -5.79 | .45 |
| 08/03/07 | Mail Room | 04 Intake and Transfers In | 215237 | 50569 | Pinckneyville C.C. | 100.07 | 100.52 |
| 08/22/07 | Point of Sale | 60 Commissary | 2347137 | 503851 | Commissary | -46.06 | 54.46 |
| 08/22/07 | Disbursements | 88 magazine payment | 2343148 | Chk #135889 | C0822012, Rides Harris Publica, Inv. Date: 08/22/2007 | -12.00 | 42.46 |
| 08/22/07 | Disbursements | 88 magazine payment | 2343148 | Chk #135890 | C0822013, Vibe Magazine, Inv. Date: 08/22/2007 | -15.00 | 27.46 |
| 08/22/07 | Disbursements | 88 magazine payment | 2343148 | Chk #135891 | C0822014, King , Inv. Date: 08/22/2007 | -12.00 | 15.46 |
| 08/29/07 | Point of Sale | 60 Commissary | 2417137 | 505196 | Commissary | -12.92 | 2.54 |
| 08/31/07 | Mail Room | 04 Intake and Transfers In | 243237 | 50797 | Pinckneyville C.C. | 7.50 | 10.04 |
| 08/31/07 | Disbursements | 80 Postage | 243337 | Chk #136012 | C0822012, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 9.63 |
| 08/31/07 | Disbursements | 80 Postage | 243337 | Chk #136012 | C0822013, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 9.22 |
| 08/31/07 | Disbursements | 80 Postage | 243337 | Chk #136012 | C0822014, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 8.81 |
| 09/18/07 | Point of Sale | 60 Commissary | 2617137 | 506497 | Commissary | -6.28 | 2.53 |
| 09/19/07 | Point of Sale | 60 Commissary | 2627135 | 506764 | Commissary | 6.28 | 8.81 |
| 09/28/07 | AP Correction | 80 Postage | 271537 | Chk #136012 Voided | C0822012 - DOC: 523 Fund Inmat | .41 | 9.22 |
| 09/28/07 | AP Correction | 80 Postage | 271537 | Chk #136012 Voided | C0822013 - DOC: 523 Fund Inmat | .41 | 9.63 |
| 09/28/07 | AP Correction | 80 Postage | 271537 | Chk #136012 Voided | C0822014 - DOC: 523 Fund Inmat | .41 | 10.04 |
| 09/28/07 | Disbursements | 80 Postage | 271337 | Chk #136455 | C0822012, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 9.63 |
| 09/28/07 | Disbursements | 80 Postage | 271337 | Chk #136455 | C0822013, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 9.22 |
| 09/28/07 | Disbursements | 80 Postage | 271337 | Chk #136455 | C0822014, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -.41 | 8.81 |
| 10/15/07 | Point of Sale | 60 Commissary | 288781 | 510169 | Commissary | -8.09 | .72 |
| 11/14/07 | Mail Room | 01 MO/Checks (Not Held) | 3182164 | 11808360450 | Pena, Benjamin | 25.00 | 25.72 |
| 11/19/07 | Disbursements | 99 Transfer Inmate | 323390 | Chk #137223 | Pontiac CC, Inv. Date: 11/19/2007 | -25.72 | .00 |

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 06/03/2007 thru End;   Inmate: R21449;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R21449 Pena, Isaac**        **Housing Unit: PON-N -03-43**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/27/07 | Mail Room | 04 Intake and Transfers In | 331262 | 137223 | Stateville C.C. | 25.72 | 25.72 |

|  |  |
|---|---|
| Total Inmate Funds: | 25.72 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .70 |
| Funds Available: | 25.02 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/30/2007 | 524185 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| | | | | Total Restrictions: | $0.70 |