IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC PEÑA, R21449, | ) | |
| | ) | No. 07 C 7199 |
| Plaintiff, | ) | |
| | ) | Hon. George M. Marovich |
| v. | ) | Judge Presiding |
| | ) | |
| TERRY MCCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Isaac Peña, R21449
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

    PLEASE TAKE NOTICE that on April 21, 2008, the attached **APPEARANCE** and **JURY DEMAND** were filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Matthew M. Smith
                                                                     MATTHEW M. SMITH
                                                                     Assistant Attorney General
                                                                     General Law Bureau
                                                                     100 West Randolph Street, 13th Fl.
                                                                     Chicago, Illinois 60601
                                                                     (312) 814-4451

**CERTIFICATE OF SERVICE**

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by U.S. Mail on April 21, 2008.

                                                                                               s/Matthew M. Smith