IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAAC PEÑA, R21449, | )<br>) No. 07 C 7199<br>) |
| Plaintiff, | ) |
| | ) Hon. George M. Marovich |
| v. | ) Judge Presiding |
| | ) |
| TERRY MCCANN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE**

NOW COME Defendants, TERRY MCCANN, DONALD QUARLES, and EVA AGUERO, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendants additional time to respond to Plaintiff's complaint. In support of their motion, Defendants state:

1. Appearances have been filed for three of the six defendants.

2. Three defendants remain unserved at the time of this motion. The unserved defendants are: "Mrs. Maldonado," "James Burzinski," and "Mr. Brown." Plaintiff identifies these individuals as correctional officers in his complaint.

3. It is anticipated that some of the unserved defendants may request representation from the Attorney General's Office as state employees.

4. Once the remaining defendants have been served, more time will be needed to investigate the allegations in the complaint and to investigate whether there are any conflicts exist by representing all of the served defendants.

5. In any event, it is likely that the State defendants in this case will share common defenses and litigation strategies.

6. In the interests of judicial economy, the defendants request an enlargement of time to file their responsive pleading so that once the remaining defendants are served, all defendants may further investigate the allegations raised in the complaint and check for any conflicts. It is anticipated that all defendants, once served, will file a single responsive pleading.

7. This motion is made in good faith and not for purposes of delay.

8. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendants respectfully pray that this Honorable Court grant their motion for enlargement of the time to file their response to Plaintiff's Complaint until 30 days after the remaining defendants have been served.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Matthew M. Smith
MATTHEW M. SMITH
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4451