# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Isaac Pena

                          Plaintiff,

v.                                              Case No.: 1:07−cv−07199
                                                Honorable George M. Marovich

Terry L. McCann, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

        MINUTE entry before Judge Honorable George M. Marovich:Motion hearing set
for 4/29/2008 is stricken. Defendants McCann, Quarles and Aguero's motion to enlarge
time[14] is granted in part and denied in part; said defendants are given to 5/28/2008 to
answer or otherwise plead.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.