# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7199 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Isaac Pena (R-21449) v. Terry McCann, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue an alias summons for Stateville Correctional Officer Brown, and the United States Marshal is again directed to serve this defendant with plaintiff's complaint.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

The Clerk shall issue an alias summons for Stateville Correctional Officer Brown, and the United States Marshal is again directed to serve defendant Officer Brown with plaintiff's complaint. The Marshal is directed to make all reasonable efforts to serve this defendant, and may use the information provided in the complaint to locate Officer Brown. If Officer Brown no longer works at Stateville Correctional Center, Stateville officials shall furnish the Marshal with this defendant's last-known address. The information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise); shall be retained only by the Marshal; and shall neither be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service for this defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. If the Marshal is still unable to serve this defendant, and neither the plaintiff nor counsel for the other defendants are able to provide additional information for service of this defendant, *see Donald v. City of Chicago Sheriff*, 95 F.3d 548, 555-56 (7th Cir. 1996); *Billman v. Indiana Dept. of Corrections*, 56 F.3d 785, 789-90 (7th Cir.1995), this defendant may be dismissed from this suit. *See* Fed. R. Civ. P. 4(m).

isk