**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 7199

*Isaac Pena v. Terry McCann, et al.*

                                                                                          Hon. George M. Marovich
                                                                                          Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: JAMES BURZINSKI and MARTHA MALDONADO.

| |
|---|
| NAME (Type or print)<br>MATTHEW M. SMITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Matthew M. Smith |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282134 | TELEPHONE NUMBER<br>(312) 814-4451 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES __   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO __ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL __     APPOINTED COUNSEL __ |