IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC PEÑA, R21449, | ) | |
| | ) | No. 07 C 7199 |
| Plaintiff, | ) | |
| | ) | Hon. George M. Marovich |
| v. | ) | Judge Presiding |
| | ) | |
| TERRY MCCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, JAMES BURZINSKI and MARTHA MALDONADO, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

                                Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois         By:   s/ Matthew M. Smith
                                                      MATTHEW M. SMITH
                                                      Assistant Attorney General
                                                      General Law Bureau
                                                      100 West Randolph Street, 13th Fl.
                                                      Chicago, Illinois 60601
                                                      (312) 814-4451