IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC PEÑA, R21449, | ) | |
| | ) | No. 07 C 7199 |
| Plaintiff, | ) | |
| | ) | Hon. George M. Marovich |
| v. | ) | Judge Presiding |
| | ) | |
| TERRY MCCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Isaac Peña, R21449
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764

PLEASE TAKE NOTICE that on May 27, 2008, the attached **APPEARANCE** and **JURY DEMAND** were filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Matthew M. Smith
                                            MATTHEW M. SMITH
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-4451

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by U.S. Mail on May 27, 2008.

s/Matthew M. Smith