IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC PEÑA, R21449, | ) | |
| | ) | No. 07 C 7199 |
| Plaintiff, | ) | |
| | ) | Hon. George M. Marovich |
| v. | ) | Judge Presiding |
| | ) | |
| TERRY MCCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Isaac Peña, R21449
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764

PLEASE TAKE NOTICE that on June 3, 2008 at 10:30 a.m., I shall appear before the Honorable George M. Marovich at the U. S. District Court of the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Courtroom 1944, Chicago, Illinois 60604, and then and there present the attached **MOTION TO DISMISS**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:    s/Matthew M. Smith
                                             MATTHEW M. SMITH
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 West Randolph Street, 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-4451

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on May 28, 2008.

                                             s/Matthew M. Smith