IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Isaac Peña, R-21449,
    Plaintiff,
v.
Terry McCann, et al.,
    Defendants.

No. 07 C 7199

Hon. George M. Marovich
Judge Presiding

## Motion for Appointment of Counsel

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. Plaintiff being in administrative segregation makes it even more difficult to obtain legal research, it takes sometimes weeks to get into the law library.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are five different letters from law firms denying me legal representation.

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

WHEREFORE, (Petitioner/Respondent) Isaac Peña, R21449, respectfully requests that counsel be appointed to represent him in this matter.

*Isaac Peña*
Isaac Peña
R-21449
Pontiac Correctional Center
P.O. Box # 99
Pontiac, Il. 61764
(Petitioner), Pro Se.

## AFFIDAVIT OF SERVICE

I, Isaac Peña, R-21449, states that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Pontiac Correctional Center, Pontiac Illinois, together with the appropriate request to the prison official responsable to affix fully prepaid thereon, on this 28 day of May, 2008.

*/s/ Isaac Peña*

## VERIFICATION

I, Isaac Peña R-21449, the undersigned, certify and state that:

1. I am the petitioner in the above captioned legal matter.
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

*/s/ Isaac Peña*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Isaac Peña, R21449 )
              Plaintiff )        No. 07 C 7199
vs.                    )
Terry McCann, et al.,  )        Hon. George M. Marovich
              Defendants )         Judge Presiding

PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S. District Courts      TO: Lisa Madigan
United States Court House                    Attorney General
219 S. Dearborn St.                          100 W. Randolph St.
Chicago, Il. 60604                           Chicago, Il. 60601

Please take notice that on May 28, 2008, I placed the documents listed below in the institutional mail at Pontiac C.C., properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

Dated: 5/28/08

                              Isaac Peña
                              Isaac Peña, R21449
                              Pontiac C.C.
                              P.O. Box #99
                              Pontiac., Il. 61764



**SEYFARTH SHAW LLP**
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5523

Writer's e-mail
arich@seyfarth.com

November 12, 2007

Isaac Pena – R-21449
Stateville C.C.
P.O. Box #112
Joliet, IL 60434

Re: R-21449

Dear Mr. Pena:

We received your inquiry about representing you on a pro bono basis. Unfortunately, we will not be able to represent you in this matter. Enclosed is your original letter to us.

Very truly yours,

SEYFARTH SHAW LLP

Allegra R. Rich
Pro Bono Partner

ARR:kw
Enclosure
cc:   Ray Kelly  (w/enclosure)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

CH3 1106531.1

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

November 21, 2007

**LEGAL MAIL - CONFIDENTIAL**

Mr. Isaac Pena
R-21449
Statesville Correctional Center
P.O. Box #112
Joliet, Illinois 60434

Re:   *Pro Bono Representation*

Dear Mr. Pena:

This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

However, legal service organizations may be available to assist you in your search for legal advice. The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance. The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM. You should also visit www.illinoislegalaid.org. This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

Sincerely,

[signature]



DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
T 202.799.4000
F 202.799.5000
W www.dlapiper.com

ELIZABETH R. DEWEY
elizabeth.dewey@dlapiper.com
T 202.799.4505  F 202.799.5505

November 28, 2007

Mr. Isaac Peña
Inmate No. R-21449
P.O. Box 112
Joliet, IL 60434-0112

Re:   Request For Pro Bono Assistance

Dear Mr. Peña:

We are in receipt of your letter requesting pro bono assistance. DLA Piper attempts to provide legal assistance to as many individuals as possible, but, unfortunately, the demand for such representation far exceeds our ability to do so. While we appreciate your need for pro bono representation, we are unable at this time to provide such representation.

We wish you good luck in the future and encourage you to continue to seek pro bono representation from other firms.

Sincerely,

Lisa Dewey

WASH1\4928473.1

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Joshua T. Buchman
Attorney at Law
jbuchman@mwe.com
312.984.7600

December 13, 2007

Isaac Pena R-21449
P. O. Box 112
Joliet, IL 60434

Dear Mr. Pena:

We have received your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking at the present time.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have enclosed your request and any documentation that you sent with it. We suggest that you consider submitting your request to the John Howard Association of Illinois. The Association has no attorneys to handle criminal or civil litigation, but it has recently established the Prisoner Advocacy, Information and Referral (PAIR) project, in collaboration with several law firms, public service, and community agencies. The project receives and reviews letters regarding claims of current inmates.

If you submit your request to the John Howard Association, it will be organized into a database with those inmates who have similar issues in hopes that this will increase the efficiency of handling inmates' pro bono requests, so that it is feasible for more individuals such as you to obtain quality legal assistance.

If the Association's staff believes they can assist you by telephoning or writing to someone in the Department of Corrections, they will do so. If they believe that your complaint requires the immediate attention of an attorney or an agency, they will refer your letter to them for their review. This is not a guarantee that your case will be accepted. Otherwise, your issue will be available for review on the database by PAIR partners.

December 13, 2007
Page 2

If the Association's staff refers your letter to a law firm or agency, they will not reveal information that the Department of Corrections can link to you. You can mail your request directly to the John Howard Association at 300 West Adams Street, Suite 423, Chicago, Illinois 60606.

Sincerely,

*[signature]*

Joshua T. Buchman
Pro Bono Committee

CHI99 4917425-1.009961.0274



**Katten**
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

November 6, 2007

JONATHAN K. BAUM
jonathan.baum@kattenlaw.com
312.902.5479   312.577.8672 fax

<u>LEGAL MAIL</u>

Isaac Pena
R-21449
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Dear Mr. Pena:

I am in receipt of your request for pro bono legal assistance. Unfortunately, our firm will be unable to provide you with such assistance. This determination on our part does not represent any evaluation of the merits of your legal claim.

Sincerely,

Jonathan K. Baum

JKB:jj

50454686_1



# John Howard Association of Illinois

300 West Adams Street, Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

April 24, 2008

Mr. Isaac Pena
R21449
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Dear Mr. Pena,

We received your letter dated 12/21/07 requesting that your case become part of the Prisoner Advocacy Information and Referral (PAIR) Project.

Our Association no longer administers the PAIR Project. That Project is now administered by the Uptown People's Law Center, 4413 North Sheridan Road, Chicago, Illinois 60640.

The John Howard Association of Illinois tries to assist inmates who need information or assistance with problems having to do with conditions of incarceration, grievances, medical care and the like. We do not provide legal representation to individual inmates. When possible we try to connect inmates with lawyers who might be able to help them in some way.

We've reviewed the materials you sent to us. We understand very well that you would like to move ahead with a civil case.

Unfortunately and as you probably well know there are few attorneys or law firms that are able to assist inmates with civil cases or claims against government agents. Those who do are seriously overloaded with work.

We suggest that you contact the attorney who represented you in your criminal case to see if he or she can refer you to someone who might be able to evaluate your case. I am fully aware you may have done so already. I just don't have another suggestion of a place to go with your case at this time.

I am sorry not to be able to provide you with more and real assistance.

We wish you the very best.

Sincerely,

Charles A. Fasano, Director
Prisons and Jails Program