IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAAC PEÑA, R21449, | )<br>) No. 07 C 7199 |
| Plaintiff, | )<br>) |
| | ) Hon. George M. Marovich |
| v. | ) Judge Presiding |
| | ) |
| TERRY MCCANN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE**

NOW COME Defendants, TERRY MCCANN, DONALD QUARLES, EVA AGUERO, JAMES BURZINSKI and MARTHA MALDONADO, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendants additional time to respond to Plaintiff's complaint. In support of their motion, Defendants state:

1.  Previously, this Court ordered that Defendants file their response to Plaintiff's complaint by June 24, 2008.

2.  Defendants' Answer to Plaintiff's Complaint is out for signature, and more time is needed for the individual defendants to review their answers to the complaint..

3.  This motion is made in good faith and not for purposes of delay.

4.  Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendants respectfully pray that this Honorable Court grant their motion for enlargement of the time to file their response to Plaintiff's Complaint until July 8, 2008.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois             By:    s/ Matthew M. Smith
                                                MATTHEW M. SMITH
                                                Assistant Attorney General
                                                General Law Bureau
                                                100 West Randolph Street, 13th Fl.
                                                Chicago, Illinois 60601
                                                (312) 814-4451