**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Isaac Pena
                       Plaintiff,

v.                                            Case No.: 1:07−cv−07199
                                                     Honorable George M. Marovich

Terry L. McCann, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

    MINUTE entry before the Honorable George M. Marovich:Motion hearing set for 7/1/2008 is stricken. Defendants McCann, Aguero, Quarles, Burzinski, and Maldonado's motion to enlarge time to 7/8/2008 to respond to the complaint[28] is granted. Status hearing reset to 7/15/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.