**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ISAAC PEÑA, R21449, | ) | |
| | ) | No. 07 C 7199 |
| Plaintiff, | ) | |
| | ) | Hon. George M. Marovich |
| v. | ) | Judge Presiding |
| | ) | |
| TERRY MCCANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:     Isaac Peña, R21449
         Pontiac Correctional Center
         P.O. Box 99
         Pontiac, IL 61764

PLEASE TAKE NOTICE that on July 8, 2008, the attached **ANSWER** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:     s/Matthew M. Smith
                                                  MATTHEW M. SMITH
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  100 West Randolph Street, 13th Fl.
                                                  Chicago, Illinois 60601
                                                  (312) 814-4451

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by U.S. Mail on July 8, 2008.

                                                  s/Matthew M. Smith