In the United States District Court
for the Northern District of Illinois
Eastern Division

**FILED**
AUG 1 8 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Isaac Peña, R-21449 )
  Plaintiff, )
v. )
Terry McCann )
Eva Aguero )
Donald Quarles )
James Burzinski )
Mrs. Maldonado )
Mr. Brown )
"John Doe," individually and )
in their official capacities, )
  Defendants. )

Motion for Appointment of Counsel

Civil Action No. 07 C 7199

Honorable Judge Marovich

Magistrate Judge Mason

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case.
In support of this motion, plaintiff states:

1.) I have been incarcerated since July 8, 2006 and am presently held in custody and residing at the Pontiac Correctional Center in Illinois.

2.) I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3.) I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

(1 of 2)

4.) I have a constitutional right to access to the courts, and without the assistance of counsel my access to the courts will not be adequate, effective or meaningful because:

a.) Plaintiff's imprisonment will greatly limit his abilities to litigate.

b.) The issues involved are complex, and will require significant research and investigation.

c.) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

5.) My claim in this matter is not frivolous or malicious, but is colorable and meritorious.

6.) Since this matter concerns the condition/duration of my confinement, I have sought institutional/administrative review of this matter through the proper grievance procedures before this action was filed.

WHEREFORE, Plaintiff Isaac Peña, R-21449, respectfully requests that counsel be appointed to represent him in this matter.

August 12, 2008.

Isaac Peña, R-21449
P.O. Box # 99
Pontiac, IL, 61764.

*Isaac Peña*

(2 of 2)

Isaac Peña
R-21449
P.O. Bx # 99
Pontiac, Il. 61764
July 11, 2008.

Sachnoff & Weaver
30 S. Wacker Dr.
Suite 2900
Chicago, Il. 60606

Re: Pro Bono Assistance

Dear Sir or Madam;

I'm writing your office in hopes of obtaining Pro Bono legal assistance. I know lawyers time is their most valuable possession.
In short, I have a Civil Right Action, Pursuant to 42 U.S.C. 1983, against Illinois Department of Correctional, Stateville Correctional Center. My claim is based on failure to protect.
Following is a brief description to the issues in my claim:

(1 of 2)

Consequent, as a result from failure to protect I received physical injury to my upper body. Due to the negligence by staff & even though I informed them of the threat within. I was stabbed by my cellmate 3 times. Statesville's staff ignored me when I try to tell them about the possibility of my high aggression cellmate assaulting me.

Subsequent, my right side of my chest has a 5 inch scar & my left ~~censored~~ arm has 2 scars about 6 to 7 inches long each. Those scars are very visable.

Significant, my lawsuit is past the motion to dismiss stage. Now, I'm trying to put together my first set of interrogatories. It's really hard for me to carry my interrogatories from within here & try to litigate my claim. I think I did the hard work allready.

Finally, please let me know in respect to my case if you or your associates can be of legal assistance in this case or refer me to an attorney who can.

I like to direct this applicable facts, that attorneys' fees are rewarded under the Civil Rights Attorneys Fees Award Act, to attorneys who take on Pro Bono cases.

I want to thank you in advance for your time and kind service.

Respectfully (2 of 2)

Isaac Peña, #R-21449
P.O. Box #99
Pontiac, Il. 61764
July 11, 2008

Baker & McKenzie
One Prudential Plaza
130 E. Randolph St.
Chicago, Il. 60601

Re: Pro Bono Assistance

Dear Sir or Madam,

   I'm writing your office in hopes of obtaining Pro Bono legal assistance. I know lawyer's time is their most valuable possession.
   In short, I have a Civil Right Action, Pursuant to 42 U.S.C. 1983, against Illinois Department of Corrections, Stateville Correctional Center. My claim is based on failure to protect.
   Following is a brief description to the issues in my claim: Consequently, as a result from failure to protect, I received physical injury to my upper body. Due to the negligence by staff in Stateville & even though I informed them of the threat at hand, I was stabbed by my cellmate

(1 of 2)


3 times. Stateville's staff ignored me when I tried to tell them about the possibility of my high aggression cell mate assaulting me.

Subsequent, my right side of my chest has a 5 inch scar & on my left arm I have 2 scars about 6 to 7 inches long each. These scars were painful & visible.

Significant, my lawsuit is past the motion to dismiss stage. Now, I'm trying to put together my first set of interrogatories. It's really hard for me to carry my interrogatories from within here & try to litigate my claim. I think I did the hard part all ready.

Finally, please let me know in respect to my case, if you or your associates can be of legal assistance in this cause or refer me to an attorney who can.

I like to direct this applicable fact, that attorneys fees are awarded under the Civil Rights Attorneys Fee Award Act, to attorneys who take on Pro Bono cases.

I want to thank you in advance for your time & kind service.

Respectfully,

[signature]